UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YADI MARK | ) Case No. 2:16-cv-00415-JCZ-KWR |
| | ) |
| v. | ) JUDGE JAY C. ZAINEY |
| | ) |
| HOLLYCREST SHOPPING CENTER, L.L.C. | ) MAG. JUD. KAREN W. ROBY |
| | ) |
| | ) |

## ORDER

**CONSIDERING THE FOREGOING** Plaintiff's Motion to Withdraw and Substitute Counsel for Plaintiff:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and attorney Amanda K. Klevorn (La. Bar Roll # 35193) is hereby withdrawn as counsel of record on behalf of Plaintiff Yadi Mark in this matter.

**IT IS FURTHER ORDERED** that attorney Marc P. Florman (La. Bar Roll # 35128) is enrolled as additional counsel of record on behalf of Plaintiff Yadi Mark.

New Orleans, Louisiana this _____25th_____ day of _____April_____, 2016.

_____
JUDGE