# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| YADI MARK, | ) |
| Plaintiff | ) Case No. 2:16-cv-00415-JCZ-KWR |
| v. | ) JUDGE JAY C. ZAINEY |
| HOLLYCREST SHOPPING CENTER, L.L.C., | ) MAG. JUDGE KAREN WELLS ROBY |
| Defendant | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now Comes Yadi Mark, Plaintiff, who, pursuant to Rule 41(a)(1)(A), provides this Notice of Voluntary Dismissal With Prejudice.

Defendant Hollycrest Shopping Center, L.L.C. has not filed an Answer or a Motion for Summary Judgment. Hollycrest Shopping Center, L.L.C. has not made an appearance and has filed no pleadings with the Court. Therefore, Yadi Mark submits that she has the right under Fed. R. Civ. P. 41(a)(1)(A) to voluntarily dismiss this case with prejudice.

WHEREFORE, Yadi Mark, pursuant to Fed. R. Civ. P. 41(a)(1)(A), files this voluntary dismissal and hereby dismisses this case with prejudice.

1

Respectfully Submitted,

THE BIZER LAW FIRM
Attorneys for Plaintiff
Andrew D. Bizer (LA # 30396)
andrew@bizerlaw.com
Garret S. DeReus (LA # 35105)
gdereus@bizerlaw.com
Marc P. Florman (LA # 35128)
mflorman@bizerlaw.com
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996

By: /s/ Marc P. Florman
      MARC P. FLORMAN

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of November, 2016, a true and correct copy of the foregoing has been furnished by email to Defendant's counsel.

By: /s/ Marc P. Florman
      MARC P. FLORMAN